UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK,

    Plaintiff,                                    No. 18-10449

v.                                             District Judge George Caram Steeh
                                                  Magistrate Judge R. Steven Whalen

JANINE SHAMAN, ET AL.,

    Defendants.
_____/

# ORDER

For the reasons and under the terms stated on the record on December 6, 2018, Plaintiff's Motion to Compel Discovery and to Amend Scheduling Order to Extend the Time for Discovery [Doc. #32] is GRANTED.

The Defendants and the 32 non-parties that were subpoenaed will comply with the Plaintiff's requests within 21 days of the date of this Order, and will produce a privilege log as to any material to which privilege is claimed.

The Scheduling Order [Doc. #15] is amended as follows:

| | | |
|---|---|---|
| Discovery Cutoff: | Fact: | 2/16/19 |
| | Expert: | 5/19/19 |
| Dispositive Motions: | | 6/19/19 |

Final Pretrial Order, Final Pretrial Conference, and Trial will be set by the District Judge.

IT IS SO ORDERED.

                                                    s/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2018

# CERTIFICATE OF SERVICE

I hereby certify on December 6, 2018, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on December 6, 2018.

                                              s/Carolyn Ciesla  
                                              Case Manager to  
                                              Magistrate Judge R. Steven Whalen